```
                                        RECEIVED
                                                                    RECEIVED AND FILED
Kelly Watson       04 OCT 13 PM 4: 41
WATSON ROUNDS                                                       04 OCT 13 PM 4: 45
5371 Kietzke Lane   DISTRICT OF NEVADA
Reno, NV 89511                                                      U.S. BANKRUPTCY COURT
(775) 324-4100                                                      PATRICIA GRAY, CLERK
Attorneys for Salans

Claude D. Montgomery, Esq.
Aviva J. Halpern, Esq.
SALANS
620 Fifth Avenue
New York, NY 10020
(212) 632-5510
cmontgomery@salans.com
ahalpern@salans.com
Creditor Pro Se
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEVADA

| In re | CHAPTER 11 Joint Administration |
|---|---|
| N.C.P. Marketing Group, Inc., et al., | Case No. BK-04-51071 |
| Debtors. | SALANS' AMENDED JOINDER AND RESPONSE TO THE MOTION OF THE BLANKS PARTIES FOR AN ORDER COMPELLING REJECTION OF NONEXCLUSIVE LICENSE AND FOR RELIEF FROM THE AUTOMATIC STAY TO EXERCISE APPLICABLE NONBANKRUPTCY RIGHTS |

Salans, a creditor in the above-captioned chapter 11 case, hereby supports and joins in the response of the debtors and debtors-in-possession (the "Debtors' Response") to the Motion of Billy Blanks, Gayle Blanks, and BG Star Productions, Inc. (collectively, the "Blanks Parties") for an Order Compelling Rejection of Nonexclusive Trademark License and Relief

NEWYORK.497463.1

from the Automatic Stay to Exercise Applicable Nonbankruptcy Rights (the "Blanks Motion").

Salans states further, that in the unlikely event that the Debtors' require the Blanks Parties' consent to assign the License, such License will then be a potentially valuable asset of the estate and should be preserved. For the foregoing reasons, the Blanks Parties' Motion should be denied.

Respectfully submitted,

Dated: New York, New York
October 13, 2004

SALANS

By: /s/Claude D. Montgomery
    Claude D. Montgomery, Esq.
    Aviva J. Halpern, Esq.
Salans
620 Fifth Avenue
New York, NY 10020
212-632-5500
Creditor Pro Se

Dated: Reno, Nevada
October 13, 2004

WATSON ROUNDS

By: [signature]
    Kelly G. Watson, Esq.    SBN 893
Watson Rounds
5371 Kietzke Lane
Reno, Nevada 89511
(775) 324-4100
Attorneys for Salans

NEWYORK.497463.1

## CERTIFICATE OF MAILING

I hereby certify that I am an employee of the Law Office WATSON ROUNDS, a Professional Corporation, and that on this date I deposited for mailing, postage prepaid, at Reno, Nevada, a true copy of the following document:

**SALANS' AMENDED JOINDER AND RESPONSE TO THE MOTION OF THE BLANKS PARTIES FOR AN ORDER COMPELLING REJECTION OF NONEXCLUSIVE LICENSE AND FOR RELIEF FROM THE AUTOMATIC STAY TO EXERCISE APPLICABLE NONBANKRUPTCY RIGHTS**

Addressed as follows:

| | |
|---|---|
| Jennifer A Smith, Esq.<br>Lionel Sawyer & Collins<br>50 W. Liberty Street, Suite 1100<br>Reno, NV 89501 | Brian Bash, Esq.<br>Jeffrey Baddeley, Esq.<br>Thomas M. Wearsch, Esq.<br>Baker & Hostetler LLP<br>1900 East Ninth Street, #3200<br>Cleveland, OH 44114 |
| Michael S. Greger, Esq.<br>Allen Matkins Leck Gamble & Mallory<br>199 Main Street, 5th Floor<br>Irvine, CA 92614 | Michael A.T. Pagni, Esq.<br>McDonald Carano Wilson<br>50 W. Liberty Street, 10th Floor<br>Reno, NV 89501 |
| William B. Cossitt, Esq.<br>Office of the U.S. Trustee<br>300 Booth Street, Rm. 2129<br>Reno, NV 89509 | David J. Jurkiewicz, Esq.<br>Bose McKinney & Evans, LLP<br>2700 First Indiana Plaza<br>135 North Pennsylvania Street<br>Indianapolis, IN 46204 |
| Thomas A. Lee, III, Esq.<br>Becket and Lee LLP<br>P. O. Box 3001<br>Malvern, PA 19344 | Janet L. Chubb, Esq.<br>Jones Vargas<br>100 W. Liberty Street, 12 Floor<br>P. O. Box 281<br>Reno, NV 89504 |
| Joseph H. Bocock<br>Ross A Plourde<br>McAfee & Taft<br>10th Floor, Two Leadership Square<br>Oklahoma City, OK 73102 | |

Dated:    October 13, 2004

_/s/ J. Tillman_
An Employee of Watson Rounds