# United States Bankruptcy Court
## District of Nevada

Case No. <u>04–51071–gwz</u>
Chapter 7

In re: (Name of Debtor)
   N.C.P. MARKETING GROUP, INC.
   4735 BELPAR STREET
   N.W. CANTON, OH 44718

Social Security No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

IT IS ORDERED THAT JERI COPPA–KNUDSON is discharged as trustee of the estate of the above named debtor(s).

The Chapter 7 case of the above named debtor(s) is closed.

Dated: 10/18/10

BY THE COURT

*Mary A. Schott*

Mary A. Schott
Clerk of the Bankruptcy Court